UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                                :
In the Matter of                :     M10-468
                                :
*Pro Hac Vice* Admission Fees  :     STANDING ORDER
                                :
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/30/11

      The Judicial Conference of the United States at its meeting of September 23, 1997 decided that local courts may charge, at their option, a local fee for *pro hac vice* admission separate from the fees currently authorized for the admission of attorneys to practice for all purposes, and

      the Judicial Conference provided further that revenues from local fees set for *pro hac vice* admission may be deposited into a district court's local non-appropriated funds account and

      the Board of Judges of the Southern District of New York at is meeting held on March 23, 2011 approved the fee of $200.00 for each *pro hac vice* admission approved by the Court, and directed that these fees be deposited into the Miscellaneous Fund for the Benefit of the Bench and Bar, a local non-appropriated account,

      it is ordered that the Clerk's Office begin charging $200.00 for each *pro hac vice* admission and deposit the funds so collected in the Miscellaneous Fund for the Benefit of the Bench and Bar, effective July 1, 2011.

      **SO ORDERED.**

                                            _____
                                            Loretta A. Preska, Chief Judge

Dated:    New York, New York
              June 30, 2011